No. 577, Misc.   DUNN *v*. UNITED STATES;
No. 598, Misc.   GORDON *v*. UNITED STATES; and
No. 638, Misc.   WULSCH *v*. ILLINOIS ET AL.   Motions for leave to file petitions for writs of habeas corpus denied.

No. 718.   UNITED STATES *v*. PLESHA ET AL.   C. A. 9th Cir.   Certiorari granted.   *Solicitor General Sobeloff, Assistant Attorney General Burger, Samuel D. Slade, Lester S. Jayson* and *David A. Turner* for the United States. *Philip C. Wilkins* for respondents.

No. 639.   MOE ET AL. *v*. EARLE, FORMER COLLECTOR OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied. *William E. Dougherty* for petitioners.   *Solicitor General Sobeloff, Acting Assistant Attorney General Rice* and *Lee A. Jackson* for respondent.

No. 651.   GREYHOUND CORPORATION *v*. MARTIN.   C. A. 6th Cir.   Certiorari denied.   *K. Harlan Dodson, Jr.* for petitioner.   *Kenneth Harwell* for respondent.

No. 708.   DUBE ET AL. *v*. CITY OF CHICAGO.   Supreme Court of Illinois.   Certiorari denied.   *Thomas J. Downs* for petitioners.   *John C. Melaniphy* and *Sydney R. Drebin* for respondent.

No. 712.   FAUCETTA *v*. NEW YORK.   Court of Appeals of New York.   Certiorari denied.   *Maurice Edelbaum* for petitioner.